# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE "POPPY" LIVERS,** on his own behalf and on behalf of similarly situated persons<br>    v.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** a/k/a the NCAA, and the following NCAA Division I Member Schoolsi as representatives of a Defendant Class of all private and semi-public member schools that entered/enter into Athletic Financial Aid Agreements with the Plaintiff Collective:<br>**BUCKNELL UNIVERSITY,**<br>**DREXEL UNIVERSITY,**<br>**DUQUESNE UNIVERSITY,**<br>**FAIRLEIGH DICKINSON UNIVERSITY,**<br>**LA SALLE UNIVERSITY,**<br>**LAFAYETTE COLLEGE,**<br>**LEHIGH UNIVERSITY,**<br>**MONMOUTH UNIVERSITY,**<br>**RIDER UNIVERSITY,**<br>**ROBERT MORRIS UNIVERSITY,**<br>**SETON HALL UNIVERSITY,**<br>**SAINT FRANCIS UNIVERSITY,**<br>**SAINT JOSEPH'S UNIVERSITY,**<br>**ST. PETER'S UNIVERSITY,**<br>**VILLANOVA UNIVERSITY**<br>**UNIVERSITY OF DELAWARE**<br>**PENNSYLVANIA STATE UNIVERSITY**<br>**UNIVERSITY OF PITTSBURGH**<br>**RUTGERS, STATE UNIVERSITY OF NEW JERSEY**<br>**TEMPLE UNIVERSITY** | **CIVIL ACTION**<br><br>**NO. 17-4271** |

## **ORDER**

**AND NOW**, on this 17th day of May, 2018, for the reasons stated in the foregoing

Memorandum, Plaintiff's claim against Bucknell University, Drexel University, Duquesne

University, Fairleigh Dickinson University, La Salle University, Lafayette College, Lehigh

University, Monmouth University, Rider University, Robert Morris University, Seton Hall University, Saint Francis University, Saint Joseph's University, St. Peter's University, University of Delaware, Pennsylvania State University, University of Pittsburgh, Rugters-State University of New Jersey, and Temple University are **DISMISSED** with prejudice.  As to the NCAA and Villanova University, the Complaint is **DISMISSED** without prejudice and with leave to re-plead within 21 days.

            **BY THE COURT:**

            /s/ Michael M. Baylson

            **MICHAEL M. BAYLSON**
            **United States District Court Judge**

O:\CIVIL 17\17-4271 Livers v NCAA\17cv4271 Order on MTD.docx