# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE "POPPY" LIVERS, on his own behalf and on behalf of similarly situated persons<br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and VILLANOVA UNIVERSITY | CIVIL ACTION<br><br>NO. 17-4271 |

Baylson, J.                                                                                                                                              July 25, 2018

## ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

For the reasons stated in the foregoing Memorandum, it is **ORDERED** that Defendants' Motion to Dismiss the Amended Complaint (ECF 57) is **DENIED**, without prejudice to renewal as a Motion for Summary Judgment on the statute of limitations issue. The parties shall exchange written discovery requests on this issue forthwith if not already served, and complete all discovery on this issue within 60 days. Any Motion for Summary Judgment on this issue must be filed within 75 days.

                                                                                   **BY THE COURT:**

                                                                                   /s/ Michael M. Baylson
                                                                                   _____
                                                                                   **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Christina.2017\Livers v NCAA (17-4271)\Order re Motion to Dismiss Amended Complaint.docx