John E. MacDonald (Pa Bar No. 82828)
   jmacdonald@constangy.com
CONSTANGY, BROOKS, SMITH &
  PROPHETE, LLP
989 Lenox Drive
Suite 206 (2nd Floor)
Lawrenceville, New Jersey 08648
Telephone: (609) 454-0096
Facsimile: (609) 844-1102

Steven B. Katz (admitted *pro hac vice*)
   skatz@constangy.com
Sarah Kroll-Rosenbaum (admitted *pro hac vice*)
   skroll-rosenbaum@constangy.com
Naveen Kabir (admitted *pro hac vice*)
   nkabir@constangy.com
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Donald S. Prophete (admitted *pro hac vice*)
   dprophete@constangy.com
CONSTANGY, BROOKS, SMITH &
  PROPHETE, LLP
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

Philip J. Smith (admitted *pro hac vice*)
   psmith@constangy.com
CONSTANGY, BROOKS, SMITH &
  PROPHETE, LLP
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918-3002
Facsimile: (415) 918-3003

*Counsel for National Collegiate Athletic Association and Villanova University*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAWRENCE "POPPY" LIVERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, et al. <br><br> Defendants. | Civil Action No. 2:17-cv-04271-MMB <br><br> **CROSS-MOTION FOR SANCTIONS UNDER 19 U.S.C. § 1927** |

Pursuant to 19 U.S.C. § 1927, for the reasons set forth in Defendants' Consolidated Memorandum (ECF No. 99) and the Declaration of Steven B. Katz (ECF No. 99-1), Defendants National Collegiate Athletic Association and Villanova University hereby respectfully move this Court for an order awarding $35,985.38 in costs and fees incurred in connection with Plaintiff's delay in seeking leave to amend to join Taurus Phillips as a named Plaintiff.

Pursuant to E.D. Pa. Local R. Civ. Proc. 7.1(f), Defendants request oral argument on this motion.

| | |
|---|---|
| Dated: November 21, 2018 | Respectfully submitted |
| | s/   Steven B. Katz         . |
| | John E. MacDonald<br>CONSTANGY, BROOKS, SMITH &<br>  PROPHETE, LLP<br>989 Lenox Drive<br>Suite 206 (2nd Floor)<br>Lawrenceville, New Jersey 08648<br>Telephone: (609) 454-0096<br>Facsimile:  (609) 844-1102 |
| | Donald S. Prophete (admitted *pro hac vice*)<br>CONSTANGY, BROOKS, SMITH &<br>  PROPHETE, LLP<br>2600 Grand Boulevard, Suite 750<br>Kansas City, Missouri 64108-4600<br>Telephone: (816) 472-6400<br>Facsimile:  (816) 472-6401 |
| | Steven B. Katz<br>Sarah Kroll-Rosenbaum<br>Naveen Kabir<br>CONSTANGY, BROOKS, SMITH &<br>  PROPHETE, LLP<br>2029 Century Park East, Suite 1100<br>Los Angeles, California 90067<br>Telephone: (310) 909-7775<br>Facsimile:  (424) 465-6630 |

Phillip J. Smith
CONSTANGY, BROOKS, SMITH &
  PROPHETE, LLP
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918-3002
Facsimile:  (415) 918-3003

*Counsel for National Collegiate Athletic Association and Villanova University*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, the foregoing document was served on counsel by filing via the CM/ECF system, which will send an email notice to registered parties.

s/   Steven B. Katz   .

Steven B. Katz
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
